IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03540-PAB-STV

FAITH GERMAN, and
ASHLYN HOFFMAN, on behalf of themselves and those similarly situated,

    Plaintiffs,

v.

HOLTZMAN ENTERPRISES, INC. d/b/a Great Clips-HEI,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 182] of Chief United States District Judge Philip A. Brimmer entered on February 27, 2024, it is

ORDERED that the Joint Motion for Final Approval of Proposed Collective and Class Action Settlement [Docket No. 173] is GRANTED. It is further

ORDERED that judgment shall be entered dismissing this action with prejudice.

Dated: February 28, 2024.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By s/ S. Grimm
                    Deputy Clerk